IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OCA – GREATER HOUSTON, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:15-CV-00679-RP |
| STATE OF TEXAS, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the court are Defendants State of Texas and Carlos Casco's Motion to Dismiss, filed August 27, 2015 (Clerk's Dkt. #11), Williamson County Elections Department's Motion to Dismiss, filed August 27, 2015 (Clerk's Dkt. # 12), and responsive pleadings thereto. Plaintiffs filed their First Amended Complaint on September 21, 2015. In light of the filing of Plaintiff's First Amended Complaint,

Defendants State of Texas and Carlos Casco's Motion to Dismiss (Clerk's Dkt. # 11) is hereby **DISMISSED WITHOUT PREJUDICE**.

Further, Defendant Williamson County Elections Department's Motion to Dismiss (Clerk's Dkt. # 12), is **DISMISSED WITHOUT PREJUDICE**.

SIGNED on September 24, 2015.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE