IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| OCA – GREATER HOUSTON and MALLIKA DAS;<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF TEXAS; CARLOS CASCOS, in his official capacity as Texas Secretary of State and Chief Election Officer; et al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:15-cv-00679-RP |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Plaintiffs OCA-Greater Houston and Mallika Das ("Plaintiffs"), Defendants State of Texas and Carlos Cascos ("State Defendants"), and Defendant Williamson County ("Williamson County") (collectively, the "Parties") file this Alternative Dispute Resolution ("ADR") Report in accordance with the Parties' proposed Scheduling Order (Dkt 30-1) and Local Rule CV-88 as follows:

1.  The parties have already conducted meaningful discussions about settlement, and the discussions are on-going.

2.  In addition to Plaintiffs' litigation counsel, Mallika Das is the party representative responsible for settlement negotiations on Plaintiffs' behalf. Likewise, in addition to litigation counsel for the State Defendants, Secretary of State is the party representative responsible for settlement negotiations on State Defendants' behalf. In addition to litigation counsel for Williamson County, Williamson County Elections Administrator, Christopher Davis, is the party representative responsible for settlement negotiations on Williamson County's behalf.

3. The Parties do not believe that alternative dispute resolution is appropriate in this case.

4. Each of the undersigned counsel hereby certifies that his or her client has been fully informed of the ADR procedures available in the Western District of Texas.

Dated: January 29, 2016                                                     Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ David M. Hoffman*
David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
Telephone: 512-472-5070
Facsimile: 512-320-8935

**Asian American Legal Defense and Education Fund ("AALDEF")**

Jerry Vattamala*
99 Hudson Street, 12th Floor
New York, NY 10013
Telephone: 212.966.5932
Facsimile: 212.966.4303
jvattamala@aaldef.org

**ATTORNEYS FOR PLAINTIFFS OCA – GREATER HOUSTON and MALLIKA DAS**

* Admitted Pro Hac Vice

2

| | |
|---|---|
| Dated: January 29, 2016 | Respectfully submitted, |

        KEN PAXTON
        Attorney General of Texas

        CHARLES E. ROY
        First Assistant Attorney General

        JAMES E. DAVIS
        Deputy Attorney General for Civil Litigation

        ANGELA V. COLMENERO
        Chief - General Litigation Division

        */s/ Laura A. Barbour [with permission]*
        LAURA A. BARBOUR
        Texas Bar No. 24069336
        Assistant Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-0447
        FAX: (512) 320-0667
        laura.barbour@texasattorneygeneral.gov

        ***ATTORNEYS FOR STATE DEFENDANTS***

| | |
|---|---|
| Dated: January 29, 2016 | Respectfully submitted, |

        */s/ Henwy W. Prejean [with permission]*
        HENRY W. PREJEAN
        Assistant County Attorney
        Williamson County Attorney's Office
        SBN 16245850
        405 Martin Luther King St., Box 7
        Georgetown, TX 78626
        (512) 943-1111 Tel.
        (512) 943-1431 Fax
        email: hprejean@wilco.org

        ***ATTORNEYS FOR DEFENDANT***
        ***WILLIAMSON COUNTY***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 29, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1).

> By: */s/ David M. Hoffman*
> David M. Hoffman