**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| OCA-GREATER HOUSTON and MALLIKA DAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.  1:15-cv-00679-RP |
| STATE OF TEXAS, et al., | § § § | |
| Defendants | § § | |

**<u>STIPULATION OF DISMISSAL</u>**

COMES NOW Plaintiffs, OCA-Greater Houston and Mallika Das ("Plaintiffs") and Defendants, State of Texas and Carlos Cascos, in his official capacity as Secretary of the State of Texas (the "State Defendants"), Defendant, Williamson County ("Williamson County") and Defendant, Williamson County Elections Department and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that Plaintiffs' claims against Defendants Williamson County and the Williamson County Elections Department be dismissed, as Plaintiffs' claims against Williamson County and the Williamson County Elections Department have been settled by settlement agreement.

Respectfully submitted,


**FISH & RICHARDSON P.C.**


By:<u>/s/ David M. Hoffman</u>
David M. Hoffman

Texas Bar No. 24046084
hoffman@fr.com
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
Telephone: 512-472-5070
Facsimile: 512-320-8935

**Asian American Legal Defense and Education Fund ("AALDEF")**

Jerry Vattamala*
99 Hudson Street, 12th Floor
New York, NY 10013
Telephone: 212.966.5932
Facsimile: 212.966.4303
jvattamala@aaldef.org

**ATTORNEYS FOR PLAINTIFFS
OCA – GREATER HOUSTON and
MALLIKA DAS**

* Admitted Pro Hac Vice


KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief - General Litigation Division

*/s/ Laura A. Barbour*
LAURA A. BARBOUR
Texas Bar No. 24069336
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4099

FAX: (512) 320-0667
laura.barbour@texasattorneygeneral.gov

**ATTORNEYS FOR STATE DEFENDANTS**

*/s/ Henry W. Prejean*
HENRY W. PREJEAN
Assistant County Attorney
Williamson County Attorney's Office
SBN 16245850
405 Martin Luther King St., Box 7
Georgetown, TX 78626
(512) 943-1111 Tel.
(512) 943-1431 Fax
email: hprejean@wilco.org

**ATTORNEY FOR DEFENDANT
WILLIAMSON COUNTY AND
WILLIAMSON COUNTY ELECTIONS
DEPARTMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2016, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing

to the following:

David M. Hoffman
Fish & Richardson, P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
Hoffman@fr.com

Laura A. Barbour
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 787111 - 2548
laura.barbour@texasattorneygeneral.gov

_/s/ Henry W. Prejean_____
HENRY W. PREJEAN