IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON and MALLIKA DAS, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 1:15-cv-00679-RP |
| STATE OF TEXAS, et al., | | |
| Defendants | | |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal under Rule 41(a) (1) of the Federal Rules of Civil Procedure, this action is dismissed as to Defendants, Williamson County and the Williamson County Elections Department, with prejudice. Each party shall bear its own costs and attorney's fees.

Done this __21__ day of __April__, 2016, at Austin, Texas.

_____
UNITED STATES DISTRICT JUDGE