# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 17-50171

_____

OCA-GREATER HOUSTON; MALLIKA DAS,

        Plaintiffs - Appellees

v.

STATE OF TEXAS; ROLAND B. PABLOS, In his official capacity as Texas Secretary of State and Chief Election Officer,

        Defendants - Appellants

**A True Copy**
**Certified order issued Jun 12, 2017**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court for the
Western District of Texas, Austin

_____

O R D E R :

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 12, 2017

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

     No. 17-50171   OCA-Greater Houston, et al v. State of
                    Texas, et al
                    USDC No. 1:15-CV-679

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Cindy M. Broadhead, Deputy Clerk
                    504-310-7707

cc w/encl:
    Mr. Kenneth Wayne Darby Jr.
    Mr. Matthew Allen Deal
    Mr. David Michael Hoffman
    Mr. David Scott Morris
    Mr. Esteban San Miguel Soto
    Mr. Jerry Vattamala