# EXHIBIT D

**Fish & Richardson P.C.**
**37402.0004LL1 - OCA-GH v. State of Texas, et al.**
**Billable Hours & Costs Detail - as of 8/24/2016**
*Prepared on 5/21/2018*

| Work Date | Tkr Name | Narrative | Billable Hrs | Costs |
|---|---|---|---|---|
| 9/19/2016 | Costs | Trial transcripts of - Pamela J. Andasola | - | 49.50 |
| 11/10/2016 | Costs | Search and retrieval of court documents (dockets & pleadings) | - | 0.80 |
| 2/17/2017 | Costs | Courier mail charges | - | 36.16 |
| 2/21/2017 | Costs | For copying and binding of appellee brief to comply with 5th Circuit COA rules - Rainmaker Document Technologies, Inc | - | 73.61 |
| 4/26/2017 | Costs | Airfare trip by David S Morris 6/7/17 to New Orleans, LA - Amreican Express | - | 373.96 |
| 6/7/2017 | Costs | David M Hoffman 6/7/17 to New Orleans, LA - American Express | - | 555.20 |
| 6/7/2017 | Costs | Kenneth Darby 6/7/17 to New Orleans, LA - American Express | - | 365.96 |
| 6/6/2017 | Costs | Courier mail charges | - | 93.82 |
| 6/7/2017 | Costs | Travel expenses for trip by David Morris 06/07/17 to New Orleans re Travel to 5th Circuit argument | - | 291.19 |
| 6/8/2017 | Costs | Courier mail charges | - | 91.31 |
| 6/13/2017 | Costs | Meals expenses for trip by David Hoffman 06/13/17-06/14/17 to Dallas, TX re Travel for 5th Circuit Argument | - | 46.79 |
| 6/13/2017 | Costs | Travel expenses for trip by David Hoffman 06/13/17-06/14/17 to Dallas, TX re Travel for 5th Circuit Argument | - | 774.45 |

**COSTS TOTAL:** 2,752.75

| Work Date | Tkr Name | Narrative | Billable Hrs | Costs |
|---|---|---|---|---|
| 12/20/2016 | Darby, Kenneth | Receive and review appeal brief filed by State Defendants | 1.0 | |
| 12/22/2016 | Darby, Kenneth | Work on outline for response to State Defendants' appeal brief | 1.5 | |
| 12/23/2016 | Darby, Kenneth | Work on response to State Defendants' appeal brief | 7.4 | |
| 12/26/2016 | Darby, Kenneth | Work on outline for response to State Defendants' appeal brief | 6.4 | |
| 12/27/2016 | Darby, Kenneth | Work on outline for response to State Defendants' appeal brief | 8.5 | |
| 12/28/2016 | Darby, Kenneth | Work on outline for response to State Defendants' appeal brief | 3.6 | |
| 1/2/2017 | Darby, Kenneth | Work on Appellee's Brief | 1.5 | |
| 1/26/2017 | Darby, Kenneth | Work on legal research and writing for Appellee's Brief | 5.2 | |
| 1/27/2017 | Darby, Kenneth | Work on legal research and writing for Appellee's Brief | 5.0 | |
| 1/29/2017 | Darby, Kenneth | Work on legal research and writing for Appellee's Brief | 7.0 | |
| 1/30/2017 | Darby, Kenneth | Work on legal research and writing for Appellee's Brief | 2.1 | |
| 1/31/2017 | Darby, Kenneth | Work on legal research and writing for Appellee's Brief | 5.6 | |
| 5/30/2017 | Darby, Kenneth | Work on case law summaries in preparation for oral hearing | 4.1 | |
| 5/31/2017 | Darby, Kenneth | Work on case summaries in preparation for oral argument; review the district court record in preparation for oral argument | 7.3 | |
| 6/1/2017 | Darby, Kenneth | Prepare for oral argument | 4.1 | |
| 6/2/2017 | Darby, Kenneth | Prepare for oral argument | 6.9 | |
| 6/5/2017 | Darby, Kenneth | Prepare for oral argument | 3.1 | |
| 6/6/2017 | Darby, Kenneth | Prepare for oral argument | 3.3 | |
| 6/7/2017 | Darby, Kenneth | Travel time from Austin to New Orleans | 3.5 | |
| 6/7/2017 | Darby, Kenneth | Prepare for oral argument | 3.5 | |
| 6/8/2017 | Darby, Kenneth | Prepare for and participate in oral argument at 5th Circuit | 4.0 | |
| 6/10/2017 | Darby, Kenneth | Travel time from New Orleans to Austin | 2.5 | |

**DARBY TOTAL:** 97.1

| Work Date | Tkr Name | Narrative | Billable Hrs | Costs |
|---|---|---|---|---|
| 9/14/2016 | Hoffman, David | Conference re reply to motion for fees | 0.6 | |
| 11/17/2016 | Hoffman, David | Correspondence with AALDEF re case and status | 1.4 | |
| 11/18/2016 | Hoffman, David | Correspondence with opposing counsel re extension | 1.7 | |
| 11/21/2016 | Hoffman, David | Correspondence re new case | 1.0 | |
| 12/26/2016 | Hoffman, David | Review and file extension | 0.7 | |
| 12/27/2016 | Hoffman, David | Begin review of outline; correspondence re appeal strategy; conference re same | 2.6 | |
| 12/30/2016 | Hoffman, David | Correspondence with DOJ attorney; correspondence with AALDEF re same | 1.0 | |
| 1/17/2017 | Hoffman, David | Correspondence re extension of brief; work on same | 1.0 | |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 1/25/2017 | Hoffman, David | Correspondence with KDarby re brief | 0.4 |
| 1/29/2017 | Hoffman, David | Revise and edit appeal brief | 3.9 |
| 1/30/2017 | Hoffman, David | Review and revise brief | 2.8 |
| 1/31/2017 | Hoffman, David | Revise and edit brief; correspondence re same | 2.7 |
| 2/1/2017 | Hoffman, David | Review, revise, and file brief; correspondence re same | 2.4 |
| 2/2/2017 | Hoffman, David | Work on correction of amount in fees | 1.8 |
| 2/7/2017 | Hoffman, David | Attend to issues surround brief and death of client | 2.9 |
| 2/8/2017 | Hoffman, David | Attend to appeal brief correction issues; calls with clerk re same | 2.4 |
| 2/10/2017 | Hoffman, David | Attend to more wrangling over brief and Das death | 2.5 |
| 3/29/2017 | Hoffman, David | Review state pleadings in case; formulate strategy for argument | 3.9 |
| 3/31/2017 | Hoffman, David | Review state briefing regarding fees | 2.4 |
| 4/7/2017 | Hoffman, David | Review materials in preparation for oral argument | 1.9 |
| 4/20/2017 | Hoffman, David | Correspondence re case status and counsel | 0.8 |
| 5/2/2017 | Hoffman, David | Conference with opposing counsel; correspondence re same; review file re same | 1.8 |
| 5/5/2017 | Hoffman, David | Review materials in preparation for upcoming appeal | 3.6 |
| 6/1/2017 | Hoffman, David | Review cases and briefing in preparation for mock argument | 3.6 |
| 6/2/2017 | Hoffman, David | Conference to discuss case and arguments in preparation for argument | 1.8 |
| 6/5/2017 | Hoffman, David | Conduct mock argument in preparation for oral argument and prepare for same | 2.7 |
| 6/6/2017 | Hoffman, David | Prepare for oral argument; review case law and state briefs | 4.2 |
| 6/7/2017 | Hoffman, David | Prepare for argument; conferences re same | 6.8 |
| 6/8/2017 | Hoffman, David | Conduct argument before 5th CIrcuit; prepare for same | 4.3 |
| 6/9/2017 | Hoffman, David | Conference with opposing counsel re fees case; review recording of argument | 1.9 |
| 8/16/2017 | Hoffman, David | Review 5th circuit decision | 2.3 |
| **HOFFMAN TOTAL:** | | | **73.8** |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 8/24/2016 | Morris, David | Prepare fees motion and exhibits to same; coordinate with Mr. Vattamala and DVHoffman | 4.7 |
| 8/25/2016 | Morris, David | Prepare motion for fees; confer with DVHoffman and Mr. Vattamala re same; draft declaration for Mr. Vattamala; draft declaration for DVHoffman | 6.0 |
| 8/26/2016 | Morris, David | Finalize and file motion for fees | 4.2 |
| 9/14/2016 | Morris, David | Review response | 1.0 |
| 9/15/2016 | Morris, David | Prepare reply in support of motion for fees; communicate with DVHoffman re same; review case law cited by opposing counsel; perform research for reply points | 7.5 |
| 9/16/2016 | Morris, David | Finalize and file reply in support of motion for fees; communicate with co-counsel re same; communicate with DVHoffman re same | 6.5 |
| 12/28/2016 | Morris, David | Review OCA brief; review KWDarby's responsive outline | 1.6 |
| 12/30/2016 | Morris, David | File notice of appearance | 0.3 |
| 1/28/2017 | Morris, David | Review communications from KWDarby and DVHoffman; provide comments regarding same; review case law cited | 0.8 |
| 1/29/2017 | Morris, David | Review and edit appellate brief; communicate with team re same | 4.8 |
| 1/30/2017 | Morris, David | Edit brief and add record cites; confer with DVHoffman and KWDarby re changes | 8.0 |
| 1/31/2017 | Morris, David | Assist in finalizing brief for filing; communicate with KWDarby and DVHoffman re same | 6.0 |
| 2/1/2017 | Morris, David | Address fee amount correction | 1.0 |
| 2/1/2017 | Morris, David | Assist in finalizing and filing brief; review communications from co-counsel | 1.5 |
| 2/2/2017 | Morris, David | Communicate internally regarding order correction; prepare draft; attention to deceased party issue | 1.5 |
| 2/3/2017 | Morris, David | Additional attention to correction of error in order regarding expenses | 1.0 |
| | Morris, David | Revise suggestion of death; communicate internally re same | 0.4 |
| 2/15/2017 | Morris, David | Attention to issue regarding deceased party | 0.4 |
| 2/16/2017 | Morris, David | Review communications from court; attention to corrective filing | 0.4 |
| 2/27/2017 | Morris, David | Review notice of appeal; discuss attorneys' fee appeal with KWDarby; review motion for fees and analyze potential conversion into brief; revisit case law | 4.5 |
| 3/29/2017 | Morris, David | Review notice of hearing setting | 0.2 |
| 3/31/2017 | Morris, David | Review briefing notice | 0.2 |
| 4/20/2017 | Morris, David | Communicate internally re appeal and hearing | 0.4 |
| 4/20/2017 | Morris, David | Investigate new counsel; communicate with team re same | 0.4 |
| 5/19/2017 | Morris, David | Attention to hearing preparation; communicate with KWDarby | 0.8 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/29/2017 | Morris, David | Review materials in preparation for upcoming meeting and hearing | 2.0 |
| 5/31/2017 | Morris, David | Prepare for meeting with DVHoffman and KWDarby; communicate briefly with KWDarby re panel drawn; prepare for hearing | 6.0 |
| 6/1/2017 | Morris, David | Coordinate assembly of materials for oral argument; review case law and prepare for meeting with DVHoffman and KWDarby re case law | 2.8 |
| 6/2/2017 | Morris, David | Prepare for meeting with DVHoffman and KWDarby in preparation for oral argument; meet with DVHoffman and KWDarby to discuss case law | 1.8 |
| 6/5/2017 | Morris, David | Prepare for meeting with KWDarby and DVHoffman; meet with KWDarby and DVHoffman to prepare for hearing; identify places where State of Texas has misrepresented cases and/or ignored key weaknesses; highlight cases for hearing | 4.2 |
| 6/6/2017 | Morris, David | Call with KWDarby and Mr. Vattamala; assemble additional materials for hearing | 0.6 |
| 6/7/2017 | Morris, David | Travel to New Orleans for oral argument | 3.5 |
| 6/7/2017 | Morris, David | Meet with DVHoffman and KWDarby and discusses cases cited in brief; develop argument strategy | 3.0 |
| 6/8/2017 | Morris, David | Prepare for and attend 5th circuit hearing | 5.0 |
| 6/8/2017 | Morris, David | Travel home | 3.5 |
| 8/16/2017 | Morris, David | Review 5th Circuit opinion and communicate internally re same | 0.5 |
| 1/15/2018 | Morris, David | Analyze matter status and possible need for additional action; communicate with DVHoffman re same | 0.2 |
| 5/9/2018 | Morris, David | Revise filing and communicate with DVHoffman and opposing counsel re same | 0.1 |
| 5/10/2018 | Morris, David | Communicate with opposing counsel re motion for status conference; revise motion and file same | 0.4 |

**MORRIS TOTAL:** 97.7